**Michael T. WISE, Plaintiff–Appellant,**

v.

**LEXINGTON COUNTY SHERIFF'S DEPARTMENT; James E. Harris, Major, in his individual and official capacity; Captain Quig, in his individual and official capacity; Lieutenant Jones, in his individual and official capacity; James Metts, Sheriff, LCSD, Defendants–Appellees,**

v.

**Lexington County Detention Center, Defendant.**

No. 08–6414.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 19, 2008.

Decided: June 25, 2008.

Michael T. Wise, Appellant Pro Se. William Henry Davidson, II, Daniel C. Plyler, Columbia, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Wise appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wise v. Lexington County Sheriff's Dep't*, No. 4:06–cv–01842–RBH, 2008 WL 551618 (D.S.C. Feb. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*